1

2

3

4

5             UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8    DAVID BERRY,                           No. C 08-4563 SI (pr)

9              Petitioner,                  **ORDER OF TRANSFER**

10        v.

11   L. WATSON, Warden,

12             Respondent.
                                        /
13

14        Petitioner has filed a petition for writ of habeas corpus to challenge a prison disciplinary

15   decision.   Although the disciplinary decision occurred while he was at the California

16   Correctional Center in Susanville in Lassen County, petitioner is now incarcerated at Avenal

17   State Prison in Kings County.  Both Lassen County and Kings County are within the venue of

18   the Eastern District of California.  Venue is proper in a habeas action in either the district of

19   confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of

20   confinement is the preferable forum to review the execution of a sentence, such as a claim

21   concerning a prison disciplinary decision.  <u>See</u> Habeas L.R. 2254-3(a); <u>Dunne v. Henman</u>, 875

22   F.2d 244, 249 (9th Cir. 1989).  Because petitioner is confined in the Eastern District of Califo-

23   rnia and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas

24   L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United

25   States District Court for the Eastern District of California.  The clerk shall transfer this matter

26   forthwith.

27        IT IS SO ORDERED.

28   DATED: December 18, 2008                    _Susan Illston_
                                            _____
                                                 SUSAN ILLSTON
                                            United States District Judge

**United States District Court**
For the Northern District of California